# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

---

Civil Action No. 17-cv-01097-PAB

    (Consolidated with Civil Action Nos. 17-cv-01140-PAB, 17-cv-01159-PAB, 17-cv-01190-PAB, and 17-cv-01570-PAB)

---

Civil Action No. 17-cv-01097-PAB

GEORGE ASSAD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01140-PAB

JEWELTEX MANUFACTURING INC. RETIREMENT PLAN, on behalf of itself and all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01159-PAB,

ROYCE BUSSEY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01190-PAB

DANE GUSSIN,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

Civil Action No. 17-cv-01570-PAB

STUART ZAND, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

### MOTION OF DANE GUSSIN TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

Plaintiff Dane Gussin ("Plaintiff Gussin") respectfully moves this Court for an order: (1) appointing Plaintiff Gussin as Lead Plaintiff in the above-consolidated action ("the Action"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the PSLRA; and (2) approving his selection of the law firm of Brower Piven, A Professional Corporation ("Brower Piven") as Lead Counsel for the Class.

Plaintiff Gussin makes this Motion on the belief that he is the most "adequate plaintiff" as defined in the PSLRA because he possesses the largest financial interest in the relief sought by the Class and satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

Plaintiff Gussin further requests that the Court approve his selection of Brower Piven as Lead Counsel for the Class. Attorneys at Brower Piven have actively investigated the allegations raised against Defendants. Further, Brower Piven is a nationally-recognized law firm with class action, fraud, and complex litigation experience, with the resources to effectively and properly pursue this Action.

The facts and law supporting this Motion are fully set forth in the accompanying Memorandum In Support Of The Motion Of Dane Gussin To Be Appointed Lead Plaintiff And

To Approve Proposed Lead Plaintiffs' Choice Of Counsel ("Memorandum") and the Declaration Of Daniel Kuznicki In Support Of The Motion Of Dane Gussin To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel ("Kuznicki Declaration").

**WHEREFORE**, for all of the reasons set forth herein, in the Memorandum and in the Kuznicki Declaration, submitted herewith, Plaintiff Gussin respectfully request that this Court: (1) appoint him as Lead Plaintiff; (2) approve his selection of Lead Counsel; and (3) grant such other and further relief as the Court may deem just and proper.

Dated:  July 24, 2017                                  Respectfully submitted,

**BROWER PIVEN**
 A Professional Corporation


/s/ *Daniel Kuznicki*
David A.P. Brower
Daniel Kuznicki
475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300
brower@browerpiven.com
kuznicki@browerpiven.com

*Counsel for Plaintiff Gussin and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the Motion Of Dane Gussin To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel; the Memorandum In Support Of The Motion Of Dane Gussin To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel; the Declaration Of Daniel Kuznicki In Support Of The Motion Of Dane Gussin To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel (with Exhibits A-D); and the [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Counsel were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 24, 2017.

*/s/ Daniel Kuznicki*
Daniel Kuznicki