**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01097-PAB-NYW
(Consolidated with Civil Action Nos. 17-cv-01140-PAB-NYW, 17-cv-01159 PAB-NYW, 17-cv-01190-PAB-NYW, 17-cv-01570-PAB-NYW, and 17-cv-01692-PAB-NYW)

_____

Civil Action No. 17-cv-01097-PAB-NYW

GEORGE ASSAD,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

Civil Action No. 17-cv-01140-PAB-NYW

JEWELTEX MANUFACTURING INC. RETIREMENT PLAN, on behalf of itself and all others similarly situation,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

Civil Action No. 17-cv-01159-PAB-NYW

ROYCE BUSSEY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

- 2 -

Civil Action No. 17-cv-01190-PAB-NYW

DANE GUSSIN,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01570-PAB-NYW

STUART ZAND, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01692-PAB-NYW

MATTHEW MACHION, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

_____

**STIPULATED MOTION TO VACATE CURRENT DEADLINES IN THE *MACHION* PROCEEDING AND TO ADOPT THE COURT'S PREVIOUS ORDER VACATING CURRENT DEADLINES**
_____

    Plaintiff Matthew Machion, Defendants DigitalGlobe, Inc., General Howell M. Estes III,

Nick S. Cyprus, Roxanne Decyk, Lawrence A. Hough, Warren C. Jenson, L. Roger Mason, Jr.,

Jeffrey R. Tarr, Kimberly Till, and Eddy Zervigon (collectively "DGI Defendants"), and Defendant MacDonald, Dettwiler and Associates Ltd. ("MDA"), by and through their respective counsel of record, hereby submit this Stipulated Motion to Vacate Current Deadlines in *Machion v. DigitalGlobe, Inc. et al.*, and to Adopt the Court's July 13, 2017 Order Vacating Current Deadlines in the related, consolidated proceedings:

1.  <u>Certificate of Compliance</u>: Pursuant to D.C.COLO.L.Civ.R. 7.1(a), counsel for the parties certify that they have conferred on and stipulated to the relief requested in this motion.

2.  Beginning on May 3, 2017, six cases were filed arising from a proposed merger between DGI and MDA, a Canadian corporation organized under the laws of British Columbia and MDA's subsidiaries (the "Proposed Merger"). *See* Complaint, *Assad v. DigitalGlobe, Inc., et al.*, Case No. 17cv01097 at ¶ 2. All cases related to the Proposed Merger and assert claims for alleged violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 14a-9, 17 C.F.R. § 240.14a-9. *Id.*

3.  On July 6, 2017, Judge Brimmer consolidated the following cases: *Assad v. DigitalGlobe, Inc. et al.*, Case No. 17cv1097, filed on May 3, 2017 ("*Assad* Proceeding"); *Jeweltex Manufacturing Inc. Retirement Plan v. DigitalGlobe, Inc. et al.*, Case No. 17cv1140, filed on May 8, 2017 ("*Jeweltex* Proceeding"); *Bussey v. DigitalGlobe, Inc. et al.*, Case No. 17cv1159, filed on May 10, 2017 ("*Bussey* Proceeding"); *Gussin v. DigitalGlobe, Inc. et al.*, Case No. 17cv1190, filed on May 15, 2017 ("*Gussin* Proceeding"), and *Zand v. DigitalGlobe, Inc., et al.*, Case No. 17cv592 ("*Zand* Proceeding"), (collectively the "Consolidated Proceedings"). (Dkt. No. 25).

4. On July 12, 2017, after the Court issued its consolidation order, a sixth case was filed, *Machion v. DigitalGlobe, Inc. et al.*, Case No. 17cv1692 ("*Machion* Proceeding"). On July 25, 2017, Judge Brimmer consolidated the *Machion* Proceeding with the Consolidated Proceedings. (Dkt. No. 44).

5. On July 13, 2017, Magistrate Judge Wang vacated the pre-trial scheduling deadlines and response deadlines in the Consolidated Proceedings. (Dkt. No. 33) ("Scheduling Order"):

> "To be clear, pursuant to these Orders, *all* pre-trial scheduling deadlines, including Status Conferences and Answer deadlines, are hereby VACATED in the four associated matters—(1) *Jeweltex Manufacturing Inc. Retirement Plan, on behalf of itself and all others similarly situated v. DigitalGlobe, Inc. et al.*, Civil Action No. 17-cv-01140-PAB-NYW; (2) *Bussey, individually and on behalf of all others similarly situated v. DigitalGlobe, Inc. et al.*, Civil Action No. 17-cv-01159-PAB-NYW; (3) *Gussin v. DigitalGlobe, Inc. et al.*, Civil Action No. 17-cv-01190-PAB-NYW; and (4) *Zand, individually and on behalf of all others similarly situated v. DigitalGlobe, Inc. et al.*, Civil Action No. 17-cv-01570-PAB-NYW." (Scheduling Order at 1).

6. The Scheduling Order also made clear that the Court "will discuss the setting of the relevant pre-trial scheduling deadlines applicable to these consolidated matters" at the August 29, 2017 status conference. (Scheduling Order at 2).

7. Because the *Machion* Proceeding had not yet been consolidated with the Consolidated Proceedings at the time the Scheduling Order was issued, the *Machion* Proceeding was not included in the Scheduling Order.

8. In order to harmonize the response deadlines in the *Machion* Proceeding with the other Consolidated Proceedings, the parties respectfully request the Court vacate the response deadline and any other pre-trial deadline in the *Machion* Proceeding, and address the setting of relevant pre-trial scheduling deadlines at the August 29, 2017 status conference.

9. This motion is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court vacate all response and pre-trial deadlines in the *Machion* Proceeding, and address the setting of relevant pre-trial scheduling deadlines at the August 29, 2017 status conference.

Dated this 7th day of August 2017.

*/s/ M. Gabriel McFarland*
M. Gabriel Mcfarland
910 13th Street, Suite 200
Golden, CO 80401
Phone: 303.279.8300
Email: gmcfarland@emlawyers.com

David T. Wissbroecker
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Phone: 619.231.1058
Email: dwissbroecker@rgrdlaw.com

*Attorneys for Plaintiffs*

*/s/ Michael D. Plachy*
Michael D. Plachy
Caitlin C. McHugh
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
Telephone:    303.623.9000
Email: mplachy@lrrc.com
         cmchugh@lrrc.com

Michael C. Holmes
Robert Ritchie
VINSON & ELKINS LLP
2001 Ross Ave., Suite 3700
Dallas, TX 75201
Phone: 214.220.7823
Email: mholmes@velaw.com
         rritchie@velaw.com

*Attorneys for MacDonald, Dettwiler and Associates Ltd.*

*/s/ Emily R. Garnett*
John V. McDermott, #11854
Emily R. Garnett, #45047
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
Phone: 303.223.1100
Email: jmcdermott@bhfs.com
         egarnett@bhfs.com

Matthew W. Close
William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Phone: 213.430.7272
Email: mclose@omm.com
         wpao@omm.com

*Attorneys for Defendants DigitalGlobe, Inc., General Howell M. Estes III, Nick S. Cyprus, Roxanne Decyk, Lawrence A. Hough, Warren C. Jenson, L. Roger Mason, Jr., Jeffrey R. Tarr, Kimberly Till, and Eddy Zervigon*

- 7 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2017 I electronically filed a true and correct copy of the foregoing **STIPULATED MOTION TO VACATE CURRENT DEADLINES IN THE MACHION PROCEEDING AND TO ADOPT THE COURT'S PREVIOUS ORDER VACATING CURRENT DEADLINES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

      *s/ Allecia Cavallaro*
      Allecia Cavallaro, Paralegal