# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01097-PAB-NYW

    (Consolidated with Civil Action Nos. 17-cv-01140-PAB-NYW, 17-cv-01159-PAB-NYW, 17-cv- 01190-PAB-NYW, 17-cv-01570-PAB-NYW, and 17-cv-01692-PAB-NYW)

Civil Action No. 17-cv-01097-PAB-NYW

GEORGE ASSAD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

Civil Action No. 17-cv-01140-PAB-NYW

JEWELTEX MANUFACTURING INC. RETIREMENT PLAN, on behalf of itself and all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

Civil Action No. 17-cv-01159-PAB-NYW,

ROYCE BUSSEY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

Civil Action No. 17-cv-01190-PAB-NYW

DANE GUSSIN,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01570-PAB-NYW

STUART ZAND, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01692-PAB-NYW

MATTHEW MACHION, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

**MEMORANDUM IN FURTHER SUPPORT OF MOTION OF DANE GUSSIN TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL; AND IN OPPOSITION TO THE COMPETING MOTION**

Plaintiff Dane Gussin ("Mr. Gussin") submits this memorandum in further support of his motion to (1) appoint him as Lead Plaintiff; (2) approve Mr. Gussin's selection of Brower Piven, A Professional Corporation ("Brower Piven"), as Lead Counsel for the Class; and (3) in opposition to the competing motion filed by Mathew Machion ("Mr. Machion"). *See* Dkt. No. 38 ("Machion Motion"). Mr. Gussin is the "most adequate plaintiff" within the meaning of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb), as he has the largest financial interest in the relief sought by the action. Mr. Gussin also meets the "typicality" and "adequacy" requirements of Fed. R. Civ. P. 23. Accordingly, Mr. Gussin should be appointed as the Lead Plaintiff, and the Machion Motion should be denied.

# ARGUMENT

I.  **Mr. Gussin Is The Presumptive Lead Plaintiff**

  A.  **Mr. Gussin Has The Largest Financial Interest**

Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii)(I), the presumptive lead plaintiff is the movant: (1) with the largest financial interest in the relief sought by the class; and (2) who otherwise satisfies the requirements of Rule 23. *In re Molycorp, Inc. Secs. Litig.*, No. 12-0292, 2012 U.S. Dist. LEXIS 89191, at *3-*5 (D. Colo. May 29, 2012). Here, Mr. Gussin possesses the largest financial interest in the relief sought. Mr. Gussin currently holds 400 shares of DigitalGlobe, Inc. ("DGI") common stock, while Mr. Machion only holds 343 shares. *See* Dkt. Nos. 39-2, 42-1.

  B.  **Mr. Gussin Meets The Requirements Of Rule 23(a)**

In addition to having the "largest financial interest in the relief sought," Mr. Gussin "otherwise satisfies the requirements of Rule 23." 15 U.S.C. §78u-4(a)(3)(B)(iii)(cc). At this stage, the lead plaintiff movant must make a *prima facie* showing that the adequacy and typicality requirements under Rule 23 have been met, *see, e.g., Meyer v. Paradigm Med. Indus.*, 225 F.R.D. 678, 680 (D. Utah Feb. 27, 2004), which Mr. Gussin has done. *See* Memorandum In Support Of The Motion Of Dane Gussin To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel ("Gussin Memo"), Dkt. No. 41, at 7-10. Mr. Gussin's claims are "typical" of the claims of the proposed class within the meaning of Rule 23(a)(3) because his claims arise from the same facts and course of conduct by defendants that gives rise to the other class members' claims and are based on identical legal theories. *See id.* at 680-81.

The adequacy requirement is satisfied when the lead plaintiff movant's interests are not antagonistic to those of the class, the movant has a sufficient interest in the outcome of the case to ensure that the movant will vigorously prosecute the action, and the movant selects competent counsel with experience prosecuting securities class action litigation. *Id.* at 681. As demonstrated by Mr. Gussin's Plaintiff's Certification, through his sworn testimony, he is familiar with the duties of a lead plaintiff and class representative under the PSLRA and Rule 23, respectively, and has confirmed that he is prepared to diligently discharge those duties. *See* Dkt. No. 42-1. Mr. Gussin has no interests antagonistic to the other class members and has a substantial stake in the outcome of this Action and a strong motive to ensure vigorous prosecution of the claims. Finally, Mr. Gussin has retained qualified counsel. *See* Dkt. No. 42-3. Therefore, Mr. Gussin's adequacy is established to the extent necessary to support its appointment as Lead Plaintiff.

      **C.**      **The Competing Motion Should Be Denied**

The only other competing movant for appointment as lead plaintiff, Mr. Machion, possesses a smaller interest in the outcome of this Action than Mr. Gussin, is not the "most adequate plaintiff," and therefore Mr. Machion's motion should be denied.

**II.**      **Mr. Gussin's Selection Of Counsel Should Be Approved**

This Court should approve Mr. Gussin's selection of Brower Piven as Lead Counsel. *See* Gussin Memo at 10.

### CONCLUSION

For all of the foregoing reasons, Mr. Gussin respectfully requests that the Court: (1) appoint him to serve as Lead Plaintiff; (2) approve his selection of Brower Piven as Lead Counsel; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: August 14, 2017

Respectfully submitted,

**JEFFREY M. VILLANUEVA, P.C.**


      *s/Jeffrey M. Villanueva*
Jeffrey M. Villanueva
1755 Blake Street, Suite 225
Denver, Colorado 80202
Telephone: (303) 295-7525
Facsimile: (303) 295-7511
jeff@jmvpclaw.com


**BROWER PIVEN**
  A Professional Corporation


s/ *Daniel Kuznicki*
David A.P. Brower
Daniel Kuznicki
475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com
kuznicki@browerpiven.com

*Counsel for Plaintiff Gussin and Proposed Lead Counsel for the Class*

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that the Memorandum In Further Support Of The Motion Of Dane Gussin To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice Of Counsel; And In Opposition to the Competing Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 14, 2017.

*s/ Jeffrey M. Villanueva*
Jeffrey M. Villanueva