# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1097-PAB-NYW

GEORGE ASSAD, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

DIGITALGLOBE, INC.,
GENERAL HOWELL M. ESTES III,
NICK S. CYPRUS,
ROXANNE DECYK,
LAWRENCE A. HOUGH,
WARREN C. JENSON,
L. ROGER MASON, JR.,
JEFFREY R. TARR,
KIMBERLY TILL,
EDDY ZERVIGON,
MACDONALD, DETTWILER AND ASSOCIATES LTD.,
SSL MDA HOLDINGS, INC., and
MERLIN MERGER SUB, INC.,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff George Assad hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. All parties to bear their own costs.

    DATED: Sept. 20, 2017

Respectfully submitted,

**THE SHUMAN LAW FIRM**.

/s/ Rusty Glenn
Rusty Glenn, Esq.
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Fax: (303) 536-7849.
rusty@shumanlawfirm.com

*Local Counsel for Plaintiffs*


**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516

*Attorneys for Plaintiff*

1

**Certificate of Service**

      I hereby certify that the foregoing was filed with this Court on September 20, 2017 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                      *s/ Rusty E. Glenn*
                                                      Rusty E. Glenn