# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

___

Civil Action No. 1:17-cv-01097-PAB
    (Consolidated with Civil Action Nos. 17-cv-01140-PAB, 17-cv-01159-PAB, 17-cv-01190-PAB, 17-cv-01570-PAB, and 17-cv-01692-PAB)

___

Civil Action No. 1:17-cv-01097-PAB

GEORGE ASSAD, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

___

Civil Action No. 1:17-cv-01140-PAB

JEWELTEX MANUFACTURING INC. RETIREMENT PLAN, On Behalf of Itself and All Others Similarly Situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

___

Civil Action No. 1:17-cv-01159-PAB

ROYCE BUSSEY, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

___

(captions continued on next page)

- 2 -

---

Civil Action No. 1:17-cv-01190-PAB

DANE GUSSIN,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 1:17-cv-01570-PAB

STUART ZAND, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

Civil Action No. 17-cv-01692-PAB

MATTHEW MACHION, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITALGLOBE, INC., et al.,

    Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dane Gussin voluntarily dismisses without prejudice the above-titled action, *Gussin v. DigitalGlobe, Inc. et al.*, Case No. 17cv1190(PAB), filed on May 15,

2017, against Defendants.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: September 20, 2017                         Respectfully submitted,

<div style="margin-left:3em">

*s/ Daniel Kuznicki*
Daniel Kuznicki
BROWER PIVEN,
 A Professional Corporation
475 Park Avenue South, 33rd Floor
New York, NY 10016
Phone: 212.501.9000
Email: kuznicki@browerpiven.com

*Counsel forPlaintiff Dane Gussin*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 3, 2017.

*s/ Daniel Kuznicki*
Daniel Kuznicki